**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CRONIN, et. al., | **NOTICE OF DEFENDANT GREGORY JONES'S SUCCESSIVE MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| v. | |
| CITY SCHOOL DISTRICT OF ALBANY, et. al., | Civil Action No. 14-CV-00098 (BKS/ATB) |
| Defendants. | |

**PLEASE TAKE NOTICE,** that upon the enclosed Memorandum of Law in support of Defendant Gregory Jones's Successive Motion for Summary Judgment, Defendant Gregory Jones's Rule 7.1 Statement of Facts, Affidavit of Attorney Meredith H. Savitt and Exhibits attached thereto, and upon all prior pleadings and proceedings heretofore filed herein, the undersigned, on behalf of Defendant Gregory Jones, shall move this Court before the Honorable Brenda K. Sannes, United States District Judge, on a date to be determined by the Court, or as soon thereafter as counsel may be heard, at the United States Courthouse, Northern District of New York, 100 South Clinton Street, Syracuse, New York 13261 for an Order granting Summary Judgment pursuant to Fed. R. Civ. P. 56: (a) in favor of Defendant Gregory Jones on a claim under New York State Executive Law §296 (1) and dismissing Defendant Gregory Jones as a party to this action; and (b) an Order for such other and further relief in favor of Defendant Gregory Jones as the Court may deem just and proper.

1

DATED:     April 20, 2017                    Respectfully submitted,

                                             O'CONNELL AND ARONOWITZ, P.C.

                                             _____
                                             Meredith H. Savitt (Bar No.601191)
                                             *Attorneys for Defendant Gregory Jones*
                                             54 State Street, 9th Fl.
                                             Albany, New York 12207
                                             Telephone: (518) 462-5601
                                             Email: msavitt@oalaw.com

To:   Brian Culnan, Esq.
      ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP
      *Attorneys for Plaintiffs*
      9 Thurlow Terrace
      Albany, NY 12203
      Email: BCulnan@ICRH.com

      Scott Quesnel, Esq.
      GIRVIN & FERLAZZO, P.C.
      *Attorneys for Defendant City School District of Albany*
      20 Corporate Woods Boulevard
      Albany, NY 12211
      Email: spq@girvinlaw.com